Perceiving no error in the record, the judgment is affirmed.

### Nonie DOBBS v. STATE.
### No. 16514.

Court of Criminal Appeals of Texas.
Feb. 7, 1934.

A. R. Logan, of Kaufman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for arson; punishment, six years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

### C. W. GREEN v. STATE.
### No. 16222.

Court of Criminal Appeals of Texas.
Jan. 17, 1934.

Harry Tom King, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling intoxicating liquor; the punishment being assessed at eighteen months in the penitentiary.

No bills of exception are brought forward.

The alleged purchaser testified that he bought a pint of whisky from appellant and paid him $1 therefor. Appellant admitted making the sale, but claimed the purchaser told him the whisky was for a traveling man who was sick at the hotel and that the whisky was sold for medicinal purposes. The purchaser denied that anything was said by him about wanting the whisky for some one who was sick.

The jury was charged that, if they found that the whisky was sold for medicinal purposes, or if they had a reasonable doubt thereof, they would find appellant not guilty. The issue was decided against appellant.

We note that in pronouncing sentence the learned trial judge failed to make application of the Indeterminate Sentence Law, article 775, C. C. P. (as amended by Acts 1931, c. 207, § 1 [Vernon's Ann. C. C. P. art. 775]). The sentence will be reformed to direct that appellant's imprisonment in the penitentiary be for not less than one year nor more than eighteen months.

As thus reformed, the judgment is affirmed.

### C. W. GREEN v. STATE.
### No. 16221.

Court of Criminal Appeals of Texas.
Jan. 17, 1934.

Harry Tom King, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

The record is here without any bills of exception. The only question is the sufficiency of the testimony. We observe that the state's proof sufficiently shows the purchase of intoxicating liquor from appellant. This was denied by him while a witness. The jury have solved the facts against him.

No error appearing, the judgment will be affirmed.